## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**AMANDA HICKS**                                                                         **PLAINTIFF**

**VS.**                            **CASE NO. 3:22-CV-274-DPM**

**MAYOR MARCO MCLENDON, IN HIS INDIVIDUAL,**
**AND OFFICIAL CAPACITY AS MAYOR FOR THE CITY**
**OF WEST MEMPHIS**                                                                      **DEFENDANTS**

### PLAINTIFF'S STATUS REPORT

**COMES NOW,** the Plaintiff, **AMANDA HICKS**, by and through counsel**, SUTTER & GILLAM, P.L.L.C**., and for her status report she states:

1. Some written discovery has been exchanged. Depositions still need to be taken.

2. Plaintiff anticipates he will need (3) days for trial.

3. Plaintiff is willing to mediate.

        Respectfully submitted,

        **SUTTER& GILLHAM, P.L.L.C**.
        Attorneys at Law
        1501 N. Pierce, Ste. 105
        Little Rock, AR  72207
        (501) 315-1910 -  Office
        (501) 315-1916 – Facsimile
        Counsel for the Plaintiff

By:   */s/ Lucien Gillham*
        Lucien R. Gillham, Esq. ARBN 99199
        Lucien.gillham@gmail.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing has been served on this, the 28th day of December, 2023, via ECF filng, upon all counsel for the Defendants:

Sara Monaghan
Ark. Bar No. #2005276
Attorney for Defendant
PO Box 38
North Little Rock, AR  72115
(501) 978-6122
smonaghan@arml.com

Sarah Cowan
Ark. Bar No. #2013182
Attorney for Defendant
PO Box 38
North Little Rock, AR  72114
(501)978-6117
scowan@arml.org

                          By:    */s/ Lucien Gillham*
                                   Lucien R. Gillham, Esq. ARBN 99199
                                   Lucien.gillham@gmail.com