IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HICKS**                                                                                          **PLAINTIFF**

v                              CASE NO. 3:22-CV-274-DPM

**MARCO MCCLENDON, IN HIS INDIVIDUAL AND**
**OFFICIAL CAPACITY AS MAYOR FOR THE CITY**
**OF WEST MEMPHIS**                                                                                **DEFENDANT**

## DEFENDANT'S STATUS REPORT

COMES now Defendant, Marco McClendon ("Mayor McClendon"), individually and in his official capacity as Mayor of the City of West Memphis, Arkansas, by and through his attorney, Sarah Cowan, and for his Status Report, states:

1. The parties are actively engaged in the discovery process.

2. Defense counsel anticipates that two (2) days will be necessary for trial in this matter.

3. There are no motions currently pending before the Court.

4. Defendant is not open to settlement at this time.

Respectfully submitted,

**Mayor Marco McClendon, in his**
**Individual and Official Capacities;**

**DEFENDANT**

By:   Sarah Cowan, Ark. Bar No. 2013182
      Attorney for Defendant
      P.O. Box 38
      North Little Rock, AR 72115
      Tel: (501) 978-6117
      Fax: (501) 712-1598
      scowan@arml.org