IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HICKS**                                              **PLAINTIFF**

v. 3:22-cv-274-DPM

**MARCO MCCLENDON, In His Individual
and Official Capacity as Mayor for the City of
West Memphis**                                                **DEFENDANT**

### PLAINTIFF'S STATUS REPORT

**COMES NOW,** the Plaintiff, **AMANDA HICKS**, by and through counsel**, SUTTER & GILLAM, P.L.L.C**., and for her Status Report, she states:

1. Discovery is closed.

2. Parties have a Settlement Conference set for September 16, 2024.

3. Plaintiff estimates she will need 3 days for trial.

Respectfully submitted,
SUTTER & GILLHAM, P.L.L.C.
1501 N. Pierce, Ste. 105
Little Rock, AR 72207
(501) 315-1910 - Office
(501) 315-1916 – Facsimile
Counsel for the Plaintiff

By:    */s/ Luther Sutter*
        Luther Sutter, Esq. ARBN 95031
        Luther.sutterlaw@gmail.com