IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**AMANDA HICKS**                                              **PLAINTIFF**

v.                              No. 3:22-cv-274-DPM

**MARCO MCCLENDON, In His
Individual and Official Capacity as Mayor
for the City of West Memphis**                                **DEFENDANT**

## JUDGMENT

Hicks's complaint is dismissed with prejudice. The Court retains jurisdiction until 22 November 2024 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 September 2024